**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No. __19-742 C__ |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL AND MOTION FOR PROTECTIVE ORDER**

This matter having come before the Court on Plaintiff's Motion for Leave to File Complaint Under Seal and Motion for Protective Order, and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of May 2019 by the United States Court of Federal Claims:

ORDERED that the Motion for Leave to File Complaint Under Seal is GRANTED; and it is

FURTHER ORDERED that said Complaint and exhibits shall be held under seal; and it is

FURTHER ORDERED that the Motion for Protective Order is GRANTED; and it is

FURTHER ORDERED that the attached Protective Order shall cover all protected material filed in this matter including the pleadings and supporting documents sealed by this Order.

_____
Court of Federal Claims Judge