# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 19-742 C |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Plaintiff Space Exploration Technologies Corp. ("SpaceX") hereby states that SpaceX has no corporate parent and no publicly-held corporation owns 10% or more of SpaceX's outstanding common stock.

Dated: May 17, 2019

*Of Counsel:*

Kara L. Daniels
David M. Hibey
Sonia Tabriz
Nathaniel E. Castellano
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001

Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Craig A. Holman
Craig A. Holman
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5722
Fax: (202) 942-5999

*Attorney of Record for Space Exploration Technologies Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May 2019, I caused a true and correct copy of the foregoing Rule 7.1(a) Disclosure Statement to be served by electronic delivery on:

Tanya B. Koenig
U.S. Department of Justice – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Email: tanya.b.koenig@usdoj.gov

/s/ Craig A. Holman