# In the United States Court of Federal Claims
BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>   Defendant. | No. 19-742C<br><br>Filed May 20, 2019 |

## ORDER

On May 17, 2019, plaintiff filed a complaint (docket entry 1) in this post-award bid protest action. The parties shall participate in a telephonic status conference to be held on **Wednesday, May 22, 2019, at 11:00 a.m. Eastern Time**.

The telephonic status conference shall be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

    For Plaintiff:    **Craig Alan Holman**
                          Arnold & Porter Kaye Scholer LLP (DC)
                          601 Massachusetts Avenue, NW
                          Washington, DC 20001
                          (202) 942-5722
                          Craig.Holman@arnoldporter.com

For Defendant:    **Tanya Beth Koenig**
U.S. Department of Justice - Civil Division
P. O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7587
tanya.b.koenig@usdoj.gov

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge