IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES,<br><br>      Defendant. | Case No. 19-742-C<br>(Judge Lydia Kay Griggsby) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for Blue Origin, LLC states that Blue Origin, LLC is a 100% privately owned limited liability company, and no publicly-held corporation owns 10% or more interest in Blue Origin, LLC.  Blue Origin, LLC is 100% owned by Blue Origin Enterprises, L.P., which in turn is 100% owned by Explore Holdings LLC, both of which are privately held entities.

Dated:  May 21, 2019

Respectfully submitted,

*/s/ Scott E. Pickens*
Scott E. Pickens

BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 371-6349 (Telephone)
(202) 912-8409 (Secure Facsimile)
Scott.Pickens@btlaw.com

*Counsel of Record for Blue Origin, LLC*

Of Counsel:

Michael A. Hordell
Matthew J. Michaels
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 289-1313 (Telephone)
Michael.Hordell@btlaw.com
Matthew.Michaels@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, pursuant to RCFC 5, 5.3, and Appendix E, paragraph 12, I caused the foregoing document to be filed electronically.  All counsel of record will be served by operation of the Court's electronic filing system.

Dated:  May 21, 2019

                              Respectfully submitted,

                              */s/ Scott E. Pickens*
                              Scott E. Pickens

                              BARNES & THORNBURG LLP
                              1717 Pennsylvania Avenue, NW
                              Suite 500
                              Washington, D.C.  20006
                              (202) 371-6349 (Telephone)
                              (202) 912-8409 (Secure Facsimile)
                              Scott.Pickens@btlaw.com

                              *Counsel of Record for Blue Origin, LLC*

Of Counsel:

Michael A. Hordell
Matthew J. Michaels
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Suite 500
Washington, D.C.  20006
(202) 289-1313 (Telephone)
Michael.Hordell@btlaw.com
Matthew.Michaels@btlaw.com