# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 19-742-C<br>(Judge Lydia Kay Griggsby) |

## **UNITED LAUNCH SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for United Launch Services, LLC ("ULS") hereby provides the following disclosure: ULS is a subsidiary of United Launch Alliance, LLC ("ULA"). The members of ULS are: ULA (90%); The Boeing Company (5%); and Lockheed Martin Commercial Launch Services (5%). ULA is a joint venture of The Boeing Company and Lockheed Martin Corporation.

Dated: May 21, 2019

                                            Respectfully submitted,

                                             /s/ Todd R. Steggerda
                                            Todd R. Steggerda

                                            MCGUIREWOODS LLP
                                            2001 K Street, NW
                                            Suite 400
                                            Washington, DC 2006
                                            Telephone: 202-857-2477
                                            Facsimile:   202-828-2968
                                            tsteggerda@mcguirewoods.com
                                            *Counsel of Record for United Launch Services, LLC*

- 2-

Of Counsel:

Benjamin L. Hatch
Edwin O. Childs, Jr.
Nathan R. Pittman
Karlee S. Blank
MCGUIREWOODS LLP
2001 K Street, NW
Suite 400
Washington, DC 2006
Telephone: 202-857-1700
bhatch@mcguirewoods.com
echilds@mcguirewoods.com
npittman@mcguirewoods.com
kblank@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, pursuant to RCFC 5, 5.3, and Appendix E, paragraph 12, I have filed ULS' Rule 7.1 Disclosure Statement via the Court's electronic case filing system, which automatically serves the document on all parties.


Dated:  May 21, 2019                                            Respectfully submitted,

                                                            /s/ Todd R. Steggerda
                                                           Todd R. Steggerda

                                                           MCGUIREWOODS LLP
                                                           2001 K Street, NW
                                                           Suite 400
                                                           Washington, DC 2006
                                                           Telephone: 202-857-2477
                                                           Facsimile:   202-828-2968
                                                           tsteggerda@mcguirewoods.com
                                                           *Counsel of Record for United Launch Services, LLC*

Of Counsel:

Benjamin L. Hatch
Edwin O. Childs, Jr.
Nathan R. Pittman
Karlee S. Blank
MCGUIREWOODS LLP
2001 K Street, NW
Suite 400
Washington, DC 2006
Telephone: 202-857-1700
bhatch@mcguirewoods.com
echilds@mcguirewoods.com
npittman@mcguirewoods.com
kblank@mcguirewoods.com