IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, BLUE ORIGIN, LLC, & ORBITAL SCIENCES CORP., <br><br> Defendant-Intervenors. | No. 19-742 C <br> (Judge Griggsby) |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time within which to file the administrative record. We expect to be able to provide the CD-ROM to the Court (through the night box) before midnight on Tuesday, June 11, 2019. However, we may not be able to provide the CD-ROMs to counsel for the plaintiff and defendant-intervenors until Wednesday, June 12, 2019 at noon. This extension is necessary because, although we have been diligently preparing the record, we experienced some technical difficulties while preparing the documents to file. And, as stated in our motion to extend, we expect to provide paper copes of the administrative record to the Court on Friday, June 14, 2019.

Although we have not been able to obtain consent of counsel for plaintiff or counsel for defendant-intervenors for this motion due to the late notice of the technical difficulties, we note that defendant's motion to dismiss the complaint is due on Thursday, June 13, 2019, so plaintiff is not prejudiced by the one-day delay in obtaining the CD-ROM.

For these reasons, we respectfully request that the Court grant an enlargement of time until tomorrow at noon to provide copies of the administrative record to all parties.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Assistant Director

OF COUNSEL:

ERIKA WHELAN RETTA
Air Force Legal Operations Agency
Commercial Law and Litigation Directorate
AFLOA/JAQC
Contract and Fiscal Law Division

GREGORY YOKAS
Space and Missile Systems Center
Office of the Staff Judge Advocate

/s/ Tanya B. Koenig
TANYA B. KOENIG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tele: (202) 305-7587

June 11, 2019

Attorneys for Defendant