IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19-742 C (Judge Griggsby) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |
| and | ) ) | |
| UNITED LAUNCH SERVICES, LLC, BLUE ORIGIN, LLC, & ORBITAL SCIENCES CORP., | ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

## DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court's May 22, 2019 order, defendant, the United States, hereby provides notice that it is filing by DVD, under seal, the administrative record of the proceedings in the above-captioned bid protest. As stated in our June 11, 2019 motion, we will provide copies of the administrative record to counsel for plaintiff and counsel for defendant-intervenors tomorrow, June 12, 2019. In addition, pursuant to the Court's May 22, 2019 scheduling order and our June 10, 2019 motion for leave, we will provide two paper courtesy copies of the administrative record to chambers by Friday June 14, 2019.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

|  |  |
|---|---|
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  |  |
|  | /s/ Douglas K. Mickle |
|  | DOUGLAS K. MICKLE |
| OF COUNSEL: | Assistant Director |
|  |  |
| ERIKA WHELAN RETTA | /s/ Tanya B. Koenig |
| Air Force Legal Operations Agency | TANYA B. KOENIG |
| Commercial Law and Litigation Directorate | Trial Attorney |
| AFLOA/JAQC | Commercial Litigation Branch |
| Contract and Fiscal Law Division | Civil Division |
|  | Department of Justice |
| GREGORY YOKAS | P.O. Box 480, Ben Franklin Station |
| Space and Missile Systems Center | Washington, DC 20044 |
| Office of the Staff Judge Advocate | Tele: (202) 305-7587 |
|  |  |
| June 11, 2019 | Attorneys for Defendant |