# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) v. ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) ) | No. 19-742C<br><br>Filed June 12, 2019 |

## ORDER

On June 10, 2019, the government filed a consent motion for a three-day enlargement of the time to file two paper copies of the administrative record in the above-captioned post-award bid protest matter (docket entry no. 45). Counsel for the government represents that the additional time is necessary due to the large number of documents to be provided.

In light of the foregoing, and for good cause shown, the Court **GRANTS** the government's consent motion for an enlargement of time. The government shall **FILE** two paper copies of the administrative record on or before **June 14, 2019**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge