# In the United States Court of Federal Claims

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) v. ) ) BLUE ORIGIN, LLC, *et al.*, ) ) Defendant-Intervenors. ) ) | No. 19-742C<br><br>Filed June 18, 2019 |

## ORDER

On June 11, 2019, the government filed a motion for an enlargement of time until June 12, 2019, to file the administrative record in the above-captioned post-award bid protest matter in CD-ROM format and to provide copies of the CD-ROM to counsel for plaintiff and for the defendant-intervenors (docket entry no. 48). Counsel for the government represents that the additional time is necessary due to technical difficulties while preparing the documents.

In light of the foregoing, and for good cause shown, the Court **GRANTS** the government's motion for an enlargement of time.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge