IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, BLUE ORIGIN, LLC, & ORBITAL SCIENCES CORP., <br><br> Defendant-Intervenors. | No. 19-742 C <br> (Judge Griggsby) |

## MOTION TO FILE A CORRECTED ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully moves to file, under seal, a corrected version of the administrative record. Since filing the administrative record, we have discovered a few errors in the record as previously filed. In addition to the corrections made in response to the email sent to counsel on June 17, 2019, we have made corrections to Tab 10 (removed password protection); Tab 15 (corrected and added attachments); Tab 20 (added attachments); Tab 43 (added protective order language that was inadvertently omitted); and Tab 156 (added attachments). We have numbered the additional attachments consecutively with the rest of the administrative record, adding in additional sub-pages as needed.

Counsel for plaintiff and counsel for defendant-intervenors have indicated that they do not oppose the motion to correct the record. We respectfully seek leave to correct the above errors to the administrative record. Consistent with this Court's scheduling order, we will provide the entire corrected record by DVD to the Court and the parties, and will serve two courtesy paper copies of the corrected Tabs to the Court, as well as a corrected index and contracting officer's certification. For these reasons, we respectfully request that the Court grant this motion to file a corrected administrative record.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
|  | /s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE |
| OF COUNSEL: | Assistant Director |
| ERIKA WHELAN RETTA<br>Air Force Legal Operations Agency<br>Commercial Law and Litigation Directorate<br>AFLOA/JAQC<br>Contract and Fiscal Law Division | /s/ Tanya B. Koenig<br>TANYA B. KOENIG<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice |
| GREGORY YOKAS<br>Space and Missile Systems Center<br>Office of the Staff Judge Advocate | P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 305-7587 |
| June 25, 2019 | Attorneys for Defendant |