# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-742C |
| v. | ) ) | Filed June 26, 2019 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| v. | ) ) | |
| BLUE ORIGIN, LLC, *et al.*, | ) ) | |
| Defendant-Intervenors. | ) ) | |

## ORDER

On June 25, 2019, the government filed an unopposed motion to file a corrected administrative record in the above-captioned post-award bid protest matter (docket entry no. 56). Counsel for the government represents that the corrected administrative record will remove password protections from the CD-ROM, correct and add certain attachments, and add certain language which was inadvertently omitted from the administrative record.

In view of the foregoing, the Court **GRANTS** the government's unopposed motion to file a corrected administrative record. The government shall **FILE** the corrected administrative record in CD-ROM format and provide two copies in paper form to chambers on or before **June 27, 2019**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge