# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 19-742C |
| v. | ) ) | Filed July 10, 2019 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| v. | ) ) ) | |
| BLUE ORIGIN, LLC, *et al.*, | ) ) | |
| Defendant-Intervenors. | ) ) | |

## ORDER

On June 24, 2019, defendant-intervenor United Launch Services, LLC ("ULS") filed a Submission of Application of Ralph A. Bauer, in-house counsel for ULS and its parent corporation, United Launch Alliance, LLC ("ULA") for Access to Information Under the Court's Protective Order in the above-captioned matter (docket no. 55).  On June 26, 2019, plaintiff filed an objection to ULS's application (docket no. 58).  On June 28, 2019, ULS filed a response to plaintiff's objection (docket no. 60).

It is hereby **ORDERED** that, in light of the objections raised by plaintiff and the fact that a number of ULS attorneys have already received access to information under the Court's Protective Order, ULS's Application of Ralph A. Bauer for Access to Information Under the Court's Protective Order, filed on June 24, 2019, is **DENIED.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge