IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. <br><br> and <br><br> UNITED LAUNCH SERVICES, LLC, BLUE ORIGIN, LLC, & ORBITAL SCIENCES CORP., <br><br> Defendant-Intervenors. | No. 19-742 C <br> (Judge Griggsby) |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully moves to amend the Court's May 22, 2019 Scheduling Order. Counsel for plaintiff indicated on July 25, 2019 that SpaceX does not oppose the motion. Counsel for defendant-intervenors have also indicated that they do not oppose this motion.

During the parties' initial status conference with the Court, the parties agreed that defendant would file a motion to dismiss on jurisdictional grounds before the parties began briefing the merits. Because the Court cannot hear argument on the Government's motion to dismiss until August 15, 2019, defendant requests that the schedule be adjusted by three weeks in order to allow for argument on defendant's motion to dismiss before briefing on the merits begins.

Accordingly, we request the schedule to be amended as follows:

1. The Court shall hear argument on the Government's motion to dismiss on **Thursday, August 15, 2019, at 2:00 p.m.** Eastern Time, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439;

2. On or before **5:00 p.m. Eastern Time on August 23, 2019**, SpaceX shall **FILE** a motion for judgment upon the administrative record, pursuant to RCFC 52.1(c);

3. On or before **5:00 p.m. Eastern Time on September 13, 2019**, the Government, Blue Origin, ULS, and Orbital Sciences shall **FILE** their respective responses to SpaceX's motion for judgment upon the administrative record, as well as their respective cross-motions for judgment upon the administrative record;

4. On or before **5:00 p.m. Eastern Time on September 27, 2019**, SpaceX shall **FILE** a response to the Government's, Blue Origin's, ULS', and Orbital Sciences' cross motions for judgment upon the administrative record;

5. On or before **5:00 p.m. Eastern Time on October 9, 2019**, the Government, Blue Origin, ULS, and Orbital Sciences shall **FILE** their respective reply briefs in support of their cross-motions for judgment upon the administrative record ;

6. Oral argument, if warranted, shall be held at a date to be determined in consultation with the parties.

For these reasons, we respectfully request that the Court grant an enlargement of time until tomorrow at noon to provide copies of the administrative record to all parties.

                    Respectfully Submitted,

                    JOSEPH H. HUNT
                    Assistant Attorney General

|  |  |
|---|---|
|  | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE |
| OF COUNSEL: | Assistant Director |
| ERIKA WHELAN RETTA<br>Air Force Legal Operations Agency<br>Commercial Law and Litigation Directorate<br>AFLOA/JAQC<br>Contract and Fiscal Law Division | /s/ Tanya B. Koenig<br>TANYA B. KOENIG<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice |
| GREGORY YOKAS<br>Space and Missile Systems Center<br>Office of the Staff Judge Advocate | P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 305-7587 |
| July 25, 2019 | Attorneys for Defendant |