**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> BLUE ORIGIN, LLC, *et al.*, <br><br> Defendant-Intervenors. | Case No. 19-742-C <br> Judge Lydia Kay Griggsby |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims and based on the hearing held on August 15, 2019, Plaintiff Space Exploration Technologies Corporation ("SpaceX") and Defendant the United States, respectfully move this Court to suspend the current merits briefing deadlines set forth in the July 29, 2019 Scheduling Order, while the Court resolves the jurisdictional matters before it. Should this Court accept jurisdiction on the merits, the parties agree to confer and propose revised deadlines within seven days of the Court's decision. Counsel for defendant-intervenors have indicated that they do not oppose this motion.

For these reasons, we respectfully request that the Court grant the foregoing scheduling request.

| | |
|---|---|
| Dated: August 19, 2019<br>DEPARTMENT OF JUSTICE<br><br>/s/ Tanya B. Koenig<br>Tanya B. Koenig<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tele: (202) 305-7587<br><br>*Attorney of Record for Defendant the United States* | Respectfully Submitted,<br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>/s/ Craig A. Holman<br>Craig A. Holman<br>601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001<br>Phone: (202) 942-5720<br>Fax: (202) 942-5999<br>*Attorney of Record for Space Exploration Technologies Corp.* |
| *Of Counsel:*<br><br>ERIKA WHELAN RETTA<br>Air Force Legal Operations Agency<br>Commercial Law and Litigation Directorate<br>AFLOA/JAQC<br>Contract and Fiscal Law Division<br><br>GREGORY YOKAS<br>Space and Missile Systems Center<br>Office of the Staff Judge Advocate | *Of Counsel:*<br><br>Kara L. Daniels<br>David M. Hibey<br>Sonia Tabriz<br>Nathaniel E. Castellano<br>Eric Valle<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 |