## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

|  |  |  |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-742-C |
| THE UNITED STATES, | ) | Judge Lydia Kay Griggsby |
| Defendant, | ) | |
| and | ) | |
| BLUE ORIGIN, LLC, *et al.*, | ) | |
| Defendant-Intervenors. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's instruction in the August 26, 2019 Memorandum Opinion and Order, counsel admitted under the Protective Order for each respective party: (i) have reviewed the sealed Memorandum Opinion and Order; and (ii) agree that the Court may reissue the Memorandum Opinion and Order without redaction. In addition, counsel have conferred and agree that the transcript of the August 15, 2019 hearing may be released without redaction. Accordingly, the parties also respectfully request that the Court unseal the August 15, 2019 transcript.

Dated: August 27, 2019

Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Craig A. Holman
Craig A. Holman
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Phone: (202) 942-5720
Fax: (202) 942-5999
*Attorney of Record for Space Exploration
Technologies Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2019, I caused a true and correct copy of the

foregoing Joint Status Report to be served by electronic delivery on:

Tanya B. Koenig
U.S. Department of Justice – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Email: tanya.b.koenig@usdoj.gov
*Counsel for Defendant*

Scott E. Pickens
Barnes & Thornburg, LLP (DC)
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
Email: scott.pickens@btlaw.com
*Counsel for Defendant-Intervenor Blue Origin, LLC*

Todd R. Steggerda
McGuireWoods, LLP (DC)
2001 K Street, NW
Suite 400
Washington, DC 20006
Email: tsteggerda@mcguirewoods.com
*Counsel for Defendant-Intervenor United Launch Services, LLC*

Kevin Patrick Mullen
Morrison & Foerster, LLP (DC)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Email: kmullen@mofo.com
*Counsel for Defendant-Intervenor Orbital Sciences Corporation*

/s/ Craig A. Holman